**Terry Allen NORTON, et al.,**
**Plaintiffs—Appellants,**

v.

**Bob HOLDEN, Governor of the State of Missouri, et al., Defendants—Appellees.**

No. 02–3033.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 30, 2002.

Decided Nov. 4, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

1. The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the

PER CURIAM.

Terry Norton and four other Missouri inmates and non-inmate taxpayers appeal the district court's [1] dismissal of their constitutional and statutory claims challenging the administration of the Missouri Sexual Offenders Program and the Missouri Drug Treatment Programs for rehabilitating Missouri inmates. The district court dismissed the federal civil rights act claims and the state pendent claims without prejudice, and the Federal *qui tam* claims with prejudice. Upon careful review of the record, we affirm for the reasons stated in the court's June 28, 2002 Order and Memorandum. *See* 8th Cir. R. 47A(a).

Judge Bye dissents from the dismissal of the Federal *qui tam* claims.

Eastern District of Missouri.